**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| JENNIFER STEELE, | |
| v. | Case No.: 4:22-cv-509 |
| TURTLE CREEK ASSETS, LTD., and GORDON ENGLE, individually     Defendants. | |

**MOTION FOR CONTINUANCE OF THE
MAY 6, 2022  INITIAL PRETRIAL AND SCHEDULING CONFERENCE
AND FOR EXTENSION OF TIME TO FILE
PROPOSED JOINT DISCOVERY/CASE MANAGEMENT PLAN**

NOW COMES Plaintiff, Jennifer Steele, and respectfully submits this Motion For Continuance of the May 6, 2022 Initial Pretrial and Scheduling Conference and For Extension of Time to File Proposed Joint Discovery/Case Management Plan and in support thereof states as follows:

1. Plaintiff filed his complaint in this matter on February 16, 2022.  *See* Doc. 1.

2. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Defendants must be served within 90 days, or, in this case, on or before May 17, 2022.

3. Defendants were served on April 5, 2022.  *See* Doc. ___.

4. Defendants answers or other responsive pleadings were due on or before April 26, 2022 (the date currently

5. Pursuant to the Court's Order of February 17, 2022, there is to be an Initial Conference with the Court on May 6, 2022.  *See* Doc. 4.

1

6. Also pursuant to the Court's Order of February 17, 2022, the parties were to file a joint report today, April 26, 2022, or ten days prior to the May 6, 2022 initial conference. *See* Doc. 4.

7. An attorney for Defendants reached out to Plaintiff's counsel last week to determine the possibility of early resolution of this matter. Plaintiff's counsel represented that he would not seek a default until the conversations about that early resolution terminated.

8. As the Defendants have not yet filed an Answer or other responsive pleading, the attorneys were not able to confer about the topics required by Rule 26 of the Federal Rules of Civil Procedure or as required by this court for the Joint Discovery/Case Management Plan.

9. Plaintiff respectfully requests that the Court reset the date of initial pretrial and scheduling conference currently scheduled for May 6, 2022 for a date approximately 30 days later.

10. Plaintiff further respectfully requests that the Court extend the deadline for counsel for all parties to submit a Joint Discovery/Case Management Plan until ten (10) days prior to the new date for the Initial Case Management Conference.

11. This request is not filed for the purpose of delay, but rather for Plaintiff to determine whether the Defendants intend to appear in this matter and, if so, to confer thereafter.

Respectfully submitted,

/s/ Jeffrey D. Wood
Jeffrey D. Wood, Esq.
ArkBN: 2006164
The Wood Firm, PLLC
11610 Pleasant Ridge Rd.
Suite 103, Box 208
Little Rock, AR  72223
TEL:  682-651-7599
FAX:  888-598-9022
EMAIL:  jeff@jeffwoodlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on April 26, 2022, a copy of the foregoing Motion For Continuance of the May 6, 2022 Initial Pretrial and Scheduling Conference and For Extension of Time to File Proposed Joint Discovery/Case Management Plan was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*s/Jeffrey D. Wood*_____
Jeffrey D. Wood, Esq.