United States District Court
Southern District of Texas
**ENTERED**
May 05, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JENNIFER STEELE, | |
| v. | Case No.: 4:22-cv-509 |
| TURTLE CREEK ASSETS, LTD., and GORDON ENGLE, individually<br>    Defendants. | |

**ORDER GRANTING MOTION FOR CONTINUANCE OF THE
MAY 6, 2022 INITIAL PRETRIAL AND SCHEDULING CONFERENCE
AND FOR EXTENSION OF TIME TO FILE
PROPOSED JOINT DISCOVERY/CASE MANAGEMENT PLAN**

Before the Court is the Motion For Continuance of May 6, 2022 Initial Pretrial and Scheduling Conference and For Extension of Time to File Proposed Joint Discovery/Case Management Plan of Plaintiff Jennifer Steele. Having considered the motion and the supporting facts, the Court finds that the Motion should be and hereby is GRANTED. The parties shall appear for an initial case management conference on June 17, 2022 at 9:30 a.m. and shall file at least ten (10) days prior thereto a Joint Discovery/Case Management Plan containing the information required by the original Order of February 17, 2022.

Signed: May 5, 2022

_____
HON. ALFRED H. BENNETT