UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Jennifer Steele

v.   Case Number: 4:22−cv−00509

Turtle Creek Assets, Ltd. , et al.

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 8C
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 7/1/2022

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Initial Conference
Order on Motion for Continuance – #10

Date:   June 14, 2022

Nathan Ochsner, Clerk