UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Jennifer Steele

v.                                              Case Number: 4:22−cv−00509

Turtle Creek Assets, Ltd. , et al.

NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:** Courtroom 8C
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 7/29/2022

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:   July 1, 2022

Nathan Ochsner, Clerk