**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| JENNIFER STEELE, | |
| v. | Case No.: 4:22-cv-509 |
| TURTLE CREEK ASSETS, LTD., and GORDON ENGLE, individually         Defendants. | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOTICE IS HEREBY GIVEN that all claims pending against the Defendants have been resolved to the parties' satisfaction.

Dated: July 22, 2022

Respectfully submitted,

/s/ Jeffrey D. Wood
Jeffrey D. Wood, Esq.
ArkBN: 2006164
THE WOOD FIRM, PLLC
11610 Pleasant Ridge Rd.
Suite 103 – Box 208
Little Rock, AR  72223
TEL:  682-651-7599
FAX:  888-598-9022
EMAIL:  jeff@jeffwoodlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that, on June 3, 2022, a true and correct copy of the foregoing document has been served on all parties of record via the court's electronic filing system.

/s/ Jeffrey D. Wood
Jeffrey Wood